GERARD A. RE, Individually and as Guardian ad Litem of GERARD RE, JR., an Infant, et al., Appellants, *v.* TITLE GUARANTEE AND TRUST COMPANY et al., Respondents, Impleaded with Others, Defendants.

Argued November 16, 1944; decided December 30, 1944.

*James N. Vaughan* and *Dominic T. Aurichio* for appellants. *Joseph V. McKee, William T. Griffin* and *Gilbert Lazerus* for Title Guarantee and Trust Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, ·DESMOND and THACHER, JJ.